IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 3:17-616 |
| | ) | 18 U.S.C. § 2422(a) |
| | ) | 18 U.S.C. § 2 |
| vs. | ) | 18 U.S.C. § 2428 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 28 U.S.C. § 2461(c) |
| **CORNELIUS LYLES** | ) | |
| a/k/a "Premo" | ) | |
| a/k/a "Premo Finesse" | ) | INFORMATION |

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES

From at least on or about May 23, 2017 through June 8, 2017, in the District of South Carolina, the defendant, **CORNELIUS LYLES,** a/k/a "Premo," a/k/a "Premo Finesse," and others, as principals, aiders and abettors, and co-participants in jointly undertaken criminal did knowingly persuade, induce, entice and coerce, and did attempt to persuade, induce, entice, and coerce an individual to travel in interstate commerce to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(a) and 2.

1

# FORFEITURE

PROSTITUTION:

Upon conviction for violations of Title 18, United States Code, Section 2422, as charged in this Information, the Defendant, **CORNELIUS LYLES,** a/k/a "Premo," a/k/a "Premo Finesse," shall forfeit to the United States any property, real or personal, that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses, and any property, real or personal, which constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such offenses, pursuant to Title 18, United States Code, Section 2428, and Title 28, United States Code, Section 2461(c).

PROPERTY:

The property to be forfeited includes, but is not limited to, the following:

Cash Proceeds / Personal Money Judgment:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in this Information, and all interest and proceeds traceable thereto, and/or that such sum equals all property derived from or traceable to his violations of 18 U.S.C. § 2422.

SUBSTITUTE ASSETS:

If any of the above-described property, as a result of any act or omissions of the defendant:

    (1) cannot be located upon the exercise of due diligence;
    (2) has been transferred or sold to, or deposited with a third party;

(3) has been placed beyond the jurisdiction of the Court;
(4) has been substantially diminished in value; or
(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants up to an amount equivalent to the value of the forfeitable property;

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428, and Title 28, United States Code, Section 2461(c).

*Nancy C. Wicker for*
BETH DRAKE  (JLS/JHM)
UNITED STATES ATTORNEY